# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

1983 S

2016 JUN -2 A 10: 40

U.S. DISTRICT COURT

Inmate Identification Number: 194417

Daniel B. Clark

(Enter above the full name(s) of the plaintiff(s) in this action)

**NOTICE TO FILING PARTY**

It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.

vs.

Cody Price, Clinton Johnson, Nathaniel Johnson, Jeremy Rice, Valerie Peoples, James Sampson

CV-16-BE-0919-S

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )   No ( ✓ )

B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s): N/A

Defendant(s): N/A

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement ___Draper C.F. P.O. Box 1107 Elmore, Al 36025___

A. Is there a prisoner grievance procedure in this institution?
   Yes ( ✓ )     No (   )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( ✓ )     No (   )

C. If your answer is YES:

   1. What steps did you take? ___I wrote the Captians as well as reported to Mental Health (staff member of Limestone C.F.) Ms. Jackson___

   2. What was the result? ___No reply___

D. If your answer is NO, explain why not? ___N/A___

2

III. **Parties**

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) Daniel B. Clark

   Address Draper C.F. P.O. Box 1107 Elmore, Al 36025

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Cody Price

   is employed as Sargent

   at Decatur Work Release/Work center 1401 Hwy 20 west Decatur, Al 35601

C. Additional Defendants Sst Clinton Johnson, C.O. Nathaniel Johnson, Correctional Officer (C.O.) Jeremy Rice, (all of Decatur Work Release/Work center) Nurse Valerie Peoples, Nurse James Sampson (Corizon Health Care Inc. of Decatur Work Release/Work center) 1401 Hwy 20 west Decatur, Al 35601

IV. **Statement of Claim**

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

On 4-13-16 around 7:30pm\8:00pm. I was placed in handcuffs by Sst Cody Price. He was accompanied by Sst Clinton Johnson, C.O.'s Nathaniel Johnson and Jeremy Rice. I was taken to the Health care unit and I was assaulted by Sst Cody Price, Sst Clinton Johnson and

3

Nathaniel Johnson for no reason while I was in handcuffs behind my back. Sst. Cody Price attempted to murder me by choking/squeezing my Adam's apple/windpipe with his hands, as he stated "Bitch I will kill you!" and "Bitch this is how you choke a motherfucker!" Nurse James Sampson, Nurse Valerie Peeples and Corrections Officer Jeremy Rice all witnessed and report this incident, to officials at Decatur Work Release.

V. **RELIEF**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like all assaulting parties to lose their jobs and not work for A.D.O.C. in any form. I would also like to obtain the full liability amount that A.D.O.C. carries in insurance amount payable in case of lawsuits financially for each individual that assaulted/attempted to murder me, as well as a financial amount for mental health treatment and pain and suffering I obtained by treated harshly by them.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5-25-16

Signature(s)

4

Page 1 of

Court for the Northern
District of Alabama

CV-16-BE-0919-S

Daniel B. Clark # 194417 )
   Plaintiff, )
    )
v. ) CASE NO.:
    )
Cody Price, Sgt, et al. )
   Defendants )

FILED
2016 JUN -2 A 11:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

## Affidavit of Daniel B. Clark

I, Daniel B. Clark, first being duly sworn deposes on oath that I am over the age of (21) twenty-one, and competent to testify to the facts stated herein. That on 4-13-16, around 7:30p.m/8:00p.m I was placed in handcuffs in J-dorm doorway at Decatur Work Center, by Sgt Cody Price, (he was accompanied by (3) three other D.O.C. officers, Sgt Clinton Johnson, C.O. Nathaniel Johnson and C.O. Jeremy Rice). They escorted me out of the dorm, and were headed to the shift office. Sgt Cody Price called on the radio to Lt. Robert Copeland, "I will take Clark to the Health Care and get him a body chart first!" C.O. N. Johnson asked me where did I sleep? I stated I would not talk until I was in the Shift Office in front of Lt. Copeland. Sgt Price then said, "Now you want to be a smart ass to my officer?!" I would not reply. We entered the HCU and I sat down in the chair Sgt. Price pointed to. At the time I had on a single pair of handcuffs, with both my hands behind my back. Nurse Valerie Peoples asked me my name for the information on the body chart, but I had already committed to remain quiet until I got in the shift office, so I reached in my back pocket for my inmate I-D card. Yet, the handcuffs made it hard to obtain. My I.D fell to the floor. Someone picked it up and gave it to her. I then fixed my eyes on the wall in front of me. Officer N. Johnson then walked around into my view and said,

United States District Court for the Northern District of Alabama
Affidavit of Daniel B. Clark 194417
(continues)

"Stop looking at me! Stop reckless eyeballing me! Look at the floor!" I replied, "There is no such rule in the AR 403 stating reckless eyeballing. Then you walked in front of me." He repeated, "Look at the floor!" I asked him what was going on with him? Sst. Price then stepped in front of me and said, "Stop smarting off at my officer!" He then put his right hand on my shoulder and (his fingers were on my shoulder, his thumb was pressing against my windpipe), he began to slowly press his thumb in my windpipe choking me. I tried to roll my head and neck out of this position and I called out to Nurse V. Peoples and Nurse James Sampson that "Sst. Price is trying to choke me!" He continued and I saw Sst. Clintion Johnson pull up on the side of me. By this time my wind was running short and I blanked out. I fell sideways out of the chair. Sgt. Price and Sst. Johnson then threw me forward on the floor. Sst. Price yelled out "Bitch you think you tough?! Bitch, I'll kill you!" He then took his fingers and began to try and squeeze my Adam's apple together, choking me and yelled, "Bitch I'll kill you! This is how you choke a Motherfucker!" He then began to push my head in the floor and Sst. Johnson and C.O. Johnson jumped on top of me and began to put their knees in my thighs and back and twisting my arms. Then I began to pray out loud and Sst. Price called Lt. Copeland to bring the shackles. I began to ask the Nurses for help and did they see this, and I asked C.O. Rice did he see this, and Sst. Price stated "Nobody is going to believe your punk ass! Nobody is going to believe anything you say!" He then asked every person in the

pg 5 of 5

of Alabama

Affidavit of Daniel B. Clark (continues)

had they witnessed any of this. At the time they said nothing. Lt. Copeland came with the shackles and they put them on me and a pair of belly chains and an extra pair of handcuffs. Lt. Copeland took everyone out of the room one at a time and questioned them. They then came back in and Nurse V. Peoples completed the body chart and Nurse J. Sampson stated he would give me some pain medicine for what I just went through. Then I was escorted to the lock up unit/processing room. I told Lt. Copeland what happened and he told me I was lying, until C.O. J. Rice came in and told him "Yes they did do and say all that!" Nurse V. Peoples and Nurse J. Sampson said they did all that to me and said "Bitch I will kill you," and that Sgt. Price was wrong, none of that was called for, and C.O. Rice stated, "I kept telling them to calm down. None of that should have happened. I don't care who gets mad at me, they shouldn't have done it, they shouldn't have jumped him like that. I'm gone tell the truth!"

State of Alabama
County of Elmore

Sworn to and subscribed before my hand on this 27th day of May 2016

_____
Affiant

_____
Notary Public

My Commission Expires 10/23/2017

My commission expires: _____